# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY ARRIOLA,<br><br>        Plaintiff,<br><br>vs.<br><br>CVS PHARMACY, a business organization form unknown; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | CASE NO.: 3:20-cv-83-DMS-BGS<br>[Removal from Superior Court of California, San Diego, Case No.: 37-2019-00064147-CU-PO-CTL]<br><br>District Judge Dana M. Sabraw<br>Magistrate Judge Bernard G. Skomal<br><br>**ORDER OF DISMISSAL**<br><br>ACTION FILED: 12/02/19<br>TRIAL DATE:   03/15/21 |

   Plaintiff, AUDREY ARRIOLA ("Plaintiff") and Defendant, GARFIELD BEACH CVS, L.L.C., erroneously sued and served herein as CVS Pharmacy, Inc., ("Defendant") (collectively, the "Parties"), stipulated and agree to dismiss the instant case, with prejudice.

   The Court, having considered the parties' Joint Motion for Dismissal, is of the opinion that their request should be GRANTED and it is hereby ORDERED that Plaintiff, AUDREY ARRIOLA Complaint against Defendants, Garfield Beach CVS, L.L.C., and CVS Pharmacy, Inc., is hereby dismissed with prejudice.

   IT IS SO ORDERED.

Dated: November 5, 2020

_____
Hon. Dana M. Sabraw
United States District Judge